Honorable Christopher M. Alston

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| H&R PARTS & EQUIPMENT, | § | Case No. 17-11634 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL P. KLEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 96,700.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 8,954.57 | Claims Discharged Without Payment: 340,029.16 |
| Total Expenses of Administration: 2,804.03 | |

3) Total gross receipts of $ 11,758.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,758.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,804.03 | 2,804.03 | 2,804.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,664.94 | 11,388.52 | 11,388.52 | 8,954.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,680.78 | 6,116.26 | 6,116.26 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 12,345.72 | $ 20,308.81 | $ 20,308.81 | $ 11,758.60 |

4) This case was originally filed under chapter 7 on 04/11/2017 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2019     By:/s/MICHAEL P. KLEIN
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ford F350 | 1129-000 | 5,250.00 |
| 1995 Linco Util | 1129-000 | 700.00 |
| 1996 Ford F250 | 1129-000 | 5,247.24 |
| Sound Community Bank Checking | 1129-000 | 561.36 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,758.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:MICHAEL P. KLEIN | 2100-000 | NA | 1,925.86 | 1,925.86 | 1,925.86 |
| TRUSTEE EXPENSES:MICHAEL P. KLEIN | 2200-000 | NA | 6.52 | 6.52 | 6.52 |
| UNION BANK | 2600-000 | NA | 201.65 | 201.65 | 201.65 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:STOKES AUCTION | 3610-000 | NA | 600.00 | 600.00 | 600.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:TITLE AND HANDLING FEES | 3620-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,804.03 | $ 2,804.03 | $ 2,804.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP LLC | | 0.00 | NA | NA | 0.00 |
| | Air Flow Systems | | 0.00 | NA | NA | 0.00 |
| | Aramark | | 0.00 | NA | NA | 0.00 |
| | Capital One | | 0.00 | NA | NA | 0.00 |
| | Cintas | | 0.00 | NA | NA | 0.00 |
| | Clallam County Treasurer | | 156.65 | NA | NA | 0.00 |
| | Del Hur Industries | | 0.00 | NA | NA | 0.00 |
| | Fleet Pride | | 0.00 | NA | NA | 0.00 |
| | Gordon Truck Centers Inc | | 0.00 | NA | NA | 0.00 |
| | KW NW | | 0.00 | NA | NA | 0.00 |
| | Liberty Mutual Insurance | | 0.00 | NA | NA | 0.00 |
| | MM Fryer & Sons | | 0.00 | NA | NA | 0.00 |
| | Masco | | 0.00 | NA | NA | 0.00 |
| | NACM NW Collections | | 0.00 | NA | NA | 0.00 |
| | Paul Robertson | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes | | 0.00 | NA | NA | 0.00 |
| | Platt/Irwin Law Firm | | 0.00 | NA | NA | 0.00 |
| | RWC Group | | 0.00 | NA | NA | 0.00 |
| | Rapid Advance | | 0.00 | NA | NA | 0.00 |
| | SBC Solutions | | 0.00 | NA | NA | 0.00 |
| | Schott Parts & Accessories | | 0.00 | NA | NA | 0.00 |
| | Tacoma Screw Products | | 0.00 | NA | NA | 0.00 |
| | Tec Equipment | | 0.00 | NA | NA | 0.00 |
| | Teltek | | 0.00 | NA | NA | 0.00 |
| | US Bank | | 0.00 | NA | NA | 0.00 |
| | Warren whittier | | 0.00 | NA | NA | 0.00 |
| | Western Trailer Repair | | 0.00 | NA | NA | 0.00 |
| 000001A | WA DEPARTMENT OF REVENUE | 5800-000 | 9,508.29 | 11,388.52 | 11,388.52 | 8,954.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 9,664.94 | $ 11,388.52 | $ 11,388.52 | $ 8,954.57 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | SWANSON'S REPAIR | 7100-000 | 2,680.78 | 2,641.16 | 2,641.16 | 0.00 |
| 000001B | WA DEPARTMENT OF REVENUE | 7300-000 | NA | 3,475.10 | 3,475.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,680.78 | $ 6,116.26 | $ 6,116.26 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

Case No: 17-11634 CMA Judge: Honorable Christopher M. Alston
Case Name: H&R PARTS & EQUIPMENT,

For Period Ending: 02/01/19

Trustee Name: MICHAEL P. KLEIN
Date Filed (f) or Converted (c): 04/11/17 (f)
341(a) Meeting Date: 05/09/17
Claims Bar Date: 02/12/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 Ford F350 | 10,344.00 | 4,725.00 | | 5,250.00 | FA |
| 2. 1995 Linco Util | 2,000.00 | 700.00 | | 700.00 | FA |
| 3. 1996 Ford F250 | 2,985.00 | 5,247.24 | | 5,247.24 | FA |
| 4. Sound Community Bank Checking | 1,018.66 | 1,018.66 | | 561.36 | FA |
| 5. Accounts Receivable | Unknown | 0.00 | | 0.00 | FA |
| 6. New and Used Parts | 50,350.00 | 0.00 | | 0.00 | FA |
| 7. Office Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. Office Equipment | 14,350.00 | 0.00 | | 0.00 | FA |
| 9. Shop Equipment & tools | 22,000.00 | 0.00 | | 0.00 | FA |
| 10. Fork Lift | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Parts Washer | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. hrparts@oly.pen.com | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $113,047.66 $11,690.90 $11,758.60

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CompleteTFR and TDR process.

Initial Projected Date of Final Report (TFR): 06/30/18     Current Projected Date of Final Report (TFR): 10/02/18

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 21.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 17-11634 -CMA | Trustee Name: | MICHAEL P. KLEIN |
|---|---|---|---|
| Case Name: | H&R PARTS & EQUIPMENT, | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6777 DDA Checking |
| Taxpayer ID No: | *******1367 | | |
| For Period Ending: | 02/01/19 | Blanket Bond (per case limit): | $ 63,926,457.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/17 | | Stokes Auction Boardman Orwiler, Inc. 8398 Spring Creek Rd. S.E. Port Orchard, WA 98367 | Auction Proceeds | | 5,280.00 | | 5,280.00 |
| | 1, 2 | STOKES AUCTION | Memo Amount: 5,950.00 Auction Sale | 1129-000 | | | |
| | | STOKES AUCTION | Memo Amount: ( 600.00 ) Commission | 3610-000 | | | |
| | | TITLE AND HANDLING FEES | Memo Amount: ( 70.00 ) Auction Costs | 3620-000 | | | |
| 09/06/17 | 3 | LIberty Mutual | For 1996 Ford F250 | 1129-000 | 5,247.24 | | 10,527.24 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,512.24 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,497.24 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.62 | 10,481.62 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.10 | 10,466.52 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.57 | 10,450.95 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.55 | 10,435.40 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,420.40 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.51 | 10,404.89 |
| 05/07/18 | 4 | Sound Community Bank | Bank Proceeds | 1129-000 | 561.36 | | 10,966.25 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,951.25 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 10,935.17 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,919.42 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.25 | 10,903.17 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 10,886.95 |
| 12/19/18 | 000301 | MICHAEL P. KLEIN 330 Madison Ave S, Suite 110 Bainbridge Island, WA 98110 | Chapter 7 Compensation/Fees | 2100-000 | | 1,925.86 | 8,961.09 |
| 12/19/18 | 000302 | MICHAEL P. KLEIN | Chapter 7 Expenses | 2200-000 | | 6.52 | 8,954.57 |

Page Subtotals  11,088.60  2,134.03

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-11634 -CMA | Trustee Name: | MICHAEL P. KLEIN |
|---|---|---|---|
| Case Name: | H&R PARTS & EQUIPMENT, | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6777 DDA Checking |
| Taxpayer ID No: | *******1367 | | |
| For Period Ending: | 02/01/19 | Blanket Bond (per case limit): | $ 63,926,457.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/18 | 000303 | 330 Madison Ave S, Suite 110<br>Bainbridge Island, WA 98110<br>WA Department of Revenue<br>attn: Susan Roland<br>2101 4th Ave suite 1400<br>Seattle, WA 98121-2300 | Claim 000001A, Payment 78.62804% | 5800-000 | | 8,954.57 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,950.00 | COLUMN TOTALS | | 11,088.60 | 11,088.60 | 0.00 |
| Memo Allocation Disbursements: | 670.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 11,088.60 | 11,088.60 | |
| Memo Allocation Net: | 5,280.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 11,088.60 | 11,088.60 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 5,950.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 670.00 | DDA Checking - ********6777 | | 11,088.60 | 11,088.60 | 0.00 |
| Total Memo Allocation Net: | 5,280.00 | | | 11,088.60 | 11,088.60 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     8,954.57

Ver: 21.00a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*